1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

TONI A. DUPREE,

                                    )  Case No. CV 10-3146 JCG

12

          Plaintiff,        )

13

       v.              )  **JUDGMENT**

14

MICHAEL J. ASTRUE,

15

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

16
17

         Defendant.

18
19
20

     IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: February 10, 2011.

24
25

                           Hon. Jay C. Gandhi

26

                   United States Magistrate Judge

27
28